United States District Court
Southern District of Texas
**ENTERED**
October 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DANIEL URIBE-ARREGUIN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 4:26-CV-07158** |
| | § | |
| **TODD BLANCHE, MARKWAYNE MULLIN, PATRICK CONTRERAS and RANDY TATE,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER FOR STATUS UPDATE**

Daniel Uribe-Arreguin filed a Petition for Writ of Habeas Corpus on August 27, 2026. (Dkt. No. 1). The Respondents filed a motion for summary judgment and Uribe-Arreguin replied. (Dkt. Nos. 5, 6). On October 7, 2026, Uribe-Arreguin filed a motion to dismiss the case as moot. (Dkt. No. 7). He argues that he recently "sought and was granted voluntary departure by the Immigration Court" and that he "waived appeal." (Dkt. No. at 1). Uribe-Arreguin's Exhibit One, an Order of the Immigration Judge, states that Uribe-Arreguin must depart the United States by October 27, 2026. (Dkt. No. 7-1 at 3).

As of this writing, there is no evidence that Uribe-Arreguin has left the United States or been released from custody. As such, it appears Uribe-Arreguin's motion to dismiss the case as moot may be premature. The parties are **ORDERED** to file a Joint Status Update on or before **October 30, 2026,** regarding the status of this case and whether this case, which challenged the petitioner's ongoing detention, is now moot.

It is SO ORDERED.

Signed on October 12, 2026.

Drew B Tipton

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**