United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DANIEL URIBE-ARREGUIN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-07158** |
| | § | |
| **TODD BLANCHE, MARKWAYNE MULLIN, PATRICK CONTRERAS and RANDY TATE,** | § | |
| | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

## ORDER OF DISMISSAL

Daniel Uribe-Arreguin filed a petition for writ of habeas corpus on August 27, 2026. (Dkt. No. 1). This Court ordered the Respondents to Show Cause why the petition should not be granted on August 28, 2026. (Dkt. No. 4). Respondents have filed a Motion for Summary Judgment. (Dkt. No. 5). After filing the Motion for Summary Judgment, however, the Parties advised the Court that Uribe-Arreguin was removed from the United States on October 27, 2026, following his agreement to voluntarily depart the country. (Dkt. No. 9 at 1).

Urribe-Arreguin is no longer in the custody of Respondents. "Because [he] has been removed from this country, the relief requested cannot be granted." *Hernandez Cerrato v. Sanchez*, No. 26-40091, 2026 WL 2101847, at *1 (5th Cir. July 21, 2026) (unpublished).

The case is therefore **DISMISSED as moot**.

Signed on November 9, 2026.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**